Shelley C. Nordling – 029223
snordling@bhfs.com
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
One East Washington Street, Suite 2400
Phoenix, AZ  85004
Telephone:  602.382.4040
Facsimile:  602.382.4020

Attorneys for Defendant
UnitedHealthcare Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHRIS KOMARNISKY<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendant. | NO.: _____<br><br>**NOTICE OF REMOVAL** |

TO: **THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Defendant, UnitedHealthcare Insurance Company ("UHIC"), respectfully submits this Notice of Removal of the above-entitled action from the Civil Division of the Justice Court of the State of Arizona in and for the County of Maricopa to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, and states as follows:

1.  This action is being removed to the District Court based upon Federal question jurisdiction under 28 U.S.C. §§ 1331.

BROWNSTEIN HYATT FARBER SCHRECK, LLP, A LAW CORPORATION
One East Washington Street, Suite 2400
Phoenix, AZ 85004

2. On July 18, 2012, Defendant UHIC was served with a Service of Process and Small Claims Complaint in the above entitled action. A true copy of the Service of Process and Small Claims Complaint are attached hereto as Exhibits A and B.

3. Plaintiff, a health care provider, initially filed this action in small claims court involving an individual enrolled in UHIC commercial employee benefit health plan. Uniformly, Plaintiff disagrees with UHIC's administration of the plan, specifically regarding benefits for chiropractic services. Plaintiff's allegations are premised on the enrollee's participation in an employee benefit plan administered by UHIC and governed by Employment Retirement Income Security Act of 1974 ("ERISA"), and therefore there is a Federal question of whether the Plaintiff's claims fall squarely within the express scope of ERISA preemption. 29 U.S.C.S. § 1001 et seq.

4. On August 8, 2012, Defendant UHIC filed a motion for change of venue and transfer of this action from Small Claims Court to the Civil Division of Justice Court.

5. The motion was granted and this case was transferred to the Civil Division of the Justice Court on August 9, 2012.

6. No pleadings or papers have been filed by the Plaintiff in the aforesaid action except those filed with this Court accompanying this Notice of Removal.

7. This Petition for Removal is filed with the District Court within thirty (30) days after service of the Complaint on UHIC.

8. This Court has Federal question jurisdiction under 28 U.S.C. § 1331 in that the claim at issue in the Plaintiff's Complaint arises under ERISA. 29 U.S.C.S. § 1001 et seq.

9. The undersigned attorney certifies that she has caused a copy of the original Notice of Removal to be filed with the Clerk of the Justice Court of the State of Arizona in and for the County of Maricopa.

WHEREFORE, Defendant UHIC respectfully requests this Court to assume jurisdiction over the cause herein, as provided by law.

RESPECTFULLY SUBMITTED this 17th day of August, 2012.

                BROWNSTEIN HYATT FARBER SCHRECK, LLP

                By:  s/Shelley C. Nordling
                     Shelley C. Nordling
                     One East Washington Street, Suite 2400
                     Phoenix, AZ  85004
                     Attorneys for Defendant
                     UnitedHealthcare Insurance Company

**CERTIFICATE OF SERVICE**

☐ I hereby certify that on,            I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

☒ I hereby certify that on August 17, 2012, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Dr. Chris Komarnisky
#18 4050 W. Ray Road
Chandler, Arizona 85220

By    s/Sandy Santiago

BROWNSTEIN HYATT FARBER SCHRECK, LLP, A LAW CORPORATION
One East Washington Street, Suite 2400
Phoenix, AZ 85004