MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CHRISTOPHER KOMARNISKY     v.     UNITED HEALTHCARE INSURANCE COMPANY

HONORABLE JOHN W. SEDWICK     Case No. 2:12-cv-01765-JWS

**ORDER FROM CHAMBERS**     DATE: September 18, 2012

     At docket 6, defendant moves to dismiss this action. The time for responding has run, and no response has been filed. Upon review the motion at docket 6 is found to have merit. The motion at docket 6 is **GRANTED**. The Clerk will please enter judgment that plaintiff take nothing and then close this case.