# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christopher Komarnisky, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff | ) | CV-12-1765-PHX-JWS |
| | ) | |
| v. | ) | |
| | ) | |
| United Healthcare Insurance Company | ) | |
| | ) | |
| Defendant | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's minute order filed September 18, 2012, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, this action is hereby dismissed.

                                                            BRIAN D. KARTH
                                                            District Court Executive/Clerk

September 18, 2012

                                                           s/Tammy Johnson
                                                           By: Deputy Clerk

cc: (all counsel)